DANIEL J. BRODERICK, Bar# 89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
KHAMALE KEOVILAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Cr.S. 09-222-GEB |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | |
| | ) | |
| KHAMALE KEOVILAY, et al., | ) | DATE: August 21, 2009 |
| | ) | TIME: 9:00 a.m. |
| Defendants. | ) | JUDGE: Hon. Garland E. Burrell |
| | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through HEIKO P. COPPOLA, Assistant U.S. Attorney, and TODD D. LERAS, Assistant United States Attorney, defendant, KHAMALE KEOVILAY, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, defendant, DAVID CHENG by and through his attorney, ALICE W. WONG, defendant DAI NGUYEN, by and through his attorney FRED DAWSON, defendant MINGH THAM, by and through his attorney MICHAEL B. BIGELOW, defendant SANG SAELEE, by and through his attorney, OLAF W. HEDBERG, defendant LONG NGUYEN, by and through his attorney, STEWART KATZ, and defendant, TUAN DAO, by and through his attorney MICHAEL L. CHASTAINE, that the status conference set for Friday, June 26, 2009, be continued to a status conference on Friday, August 21, 2009 at 9:00

1  a.m.  This continuance is being requested because defense counsel needs
2  additional time to prepare, to review discovery, and to interview
3  witnesses.  Furthermore, the parties just received a large amount of
4  discovery and have been advised that more is coming.
5       Speedy trial time is to be excluded from the date of this order
6  through the date of the status conference set for August 21, 2009,
7  pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable time to prepare]
8  (Local Code T4).

                                    Respectfully submitted,
                                    DANIEL J. BRODERICK
                                    Federal Defender

DATED: June 23, 2009                /S/ Dennis S. Waks
                                    _____
                                    DENNIS S. WAKS
                                    Supervising Assistant Federal Defender
                                    Attorney for Defendant
                                    KHAMALE KEOVILAY

DATED:  June 23, 2009

                                    /s/ Dennis S. Waks for
                                    _____
                                    ALICE W. WONG, Attorney for
                                    DAVID CHENG

DATED:  June 23, 2009
                                    /s/ Dennis S. Waks for
                                    _____
                                    FRED DAWSON, Attorney for
                                    DAI NGUYEN

DATED:  June 23, 2009
                                    /s/ Dennis S. Waks for
                                    _____
                                    MICHAEL B. BIGELOW, Attorney for
                                    MINH THAM

DATED:  June 23, 2009
                                    /s/ Dennis S. Waks for
                                    _____
                                    OLAF W. HEDBERG, Attorney for
                                    SANG SAELEE

27  / / /
28  / / /

**2**

```
1  DATED:  June 23, 2009
                                    /s/ Dennis S. Waks for
2                                   _____
                                    STEWART KATZ, Attorney for
3                                   LONG NGUYEN

4  DATED:  June 23, 2009
                                    /s/ Dennis S. Waks for
5                                   _____
                                    MICHAEL L. CHASTAINE, Attorney for
6                                   TUAN DAO

7
                                    LAWRENCE G. BROWN
8                                   Acting United States Attorney

9
   DATED: June 23, 2009             /s/ Dennis S. Waks for
10                                  _____
                                    HEIKO P. COPPOLA
11                                  Assistant U.S. Attorney

12                                  /s/ Dennis S. Waks for
                                    _____
13                                  TODD D. LERAS
                                    Assistant U.S. Attorney
14
                       _____
15                                  O R D E R
```

IT IS SO ORDERED.

Dated:  June 26, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

3