```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
KHAMALE KEOVILAY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr.S. 09-222-GEB |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | |
| KHAMALE KEOVILAY, et al., ) | DATE: October 16, 2009 |
| ) | TIME: 9:00 a.m. |
| Defendants. ) | JUDGE: Hon. Garland E. Burrell |
| ) | |
| _____ ) | |

It is hereby stipulated and agreed to the United States of America through HEIKO P. COPPOLA, Assistant United States Attorney, and TODD D. LERAS, Assistant United States Attorney, defendant, KHAMALE KEOVILAY, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, defendant, DAVID CHENG by and through his attorney, ALICE W. WONG, defendant DAI NGUYEN, by and through his attorney FRED DAWSON, defendant MINGH THAM, by and through his attorney MICHAEL B. BIGELOW, defendant SANG SAELEE, by and through his attorney, OLAF W. HEDBERG, defendant LONG NGUYEN, by and through his attorney, CHRISTOPHER H. WING and defendant, TUAN DAO, by and through his attorney MICHAEL L. CHASTAINE, that the status conference set for Friday, August 21, 2009, be continued to a status conference on Friday,

October 16, 2009 at 9:00 a.m.  This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses.  Furthermore, the parties have received a large amount of discovery and have been advised that more is coming.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for October 16, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

```
                                   Respectfully submitted,
                                   DANIEL J. BRODERICK
                                   Federal Defender

DATED: August 17, 2009             /S/ Dennis S. Waks
                                   _____
                                   DENNIS S. WAKS
                                   Supervising Assistant Federal Defender
                                   Attorney for Defendant
                                   KHAMALE KEOVILAY

DATED:  August 17, 2009
                                   /s/ Dennis S. Waks for
                                   _____
                                   ALICE W. WONG, Attorney for
                                   DAVID CHENG

DATED:  August 17, 2009
                                   /s/ Dennis S. Waks for
                                   _____
                                   FRED DAWSON, Attorney for
                                   DAI NGUYEN

DATED:  August 17, 2009
                                   /s/ Dennis S. Waks for
                                   _____
                                   MICHAEL B. BIGELOW, Attorney for
                                   MINH THAM

DATED:  August 17, 2009
                                   /s/ Dennis S. Waks for
                                   _____
                                   OLAF W. HEDBERG, Attorney for
                                   SANG SAELEE
```

/ / /

1  / / /

2  DATED:   August 17, 2009

3                                                /s/ Dennis S. Waks for
                                                 _____
4                                                CHRISTOPHER H. WING, Attorney for
                                                 LONG NGUYEN

5  DATED:   August 17, 2009
                                                 /s/ Dennis S. Waks for
6                                                _____
                                                 MICHAEL L. CHASTAINE, Attorney for
7                                                TUAN DAO

8                                                LAWRENCE G. BROWN
9                                                United States Attorney

10
11 DATED: August 17, 2009              /s/ Dennis S. Waks for
                                       _____
12                                     HEIKO P. COPPOLA
                                       Assistant U.S. Attorney

13                                     /s/ Dennis S. Waks for
                                       _____
14                                     TODD D. LERAS
                                       Assistant U.S. Attorney
15
                          _____
16                                 O R D E R

17         IT IS SO ORDERED.
18
   Dated:  August 19, 2009
19
20
                           _____
21                         GARLAND E. BURRELL, JR.
                           United States District Judge
22

**3**