DANIEL J. BRODERICK, Bar# 89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
KHAMALE KEOVILAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  ) <br>         Plaintiff,  ) <br>  ) <br>    v.  ) <br>  ) <br>KHAMALE KEOVILAY, et al.,  ) <br>  ) <br>         Defendants.  ) <br>  ) <br>_____  ) | Cr.S. 09-222-GEB<br><br>**STIPULATION AND ORDER**<br><br>DATE: October 16, 2009<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell |

It is hereby stipulated and agreed to the United States of America through HEIKO P. COPPOLA, Assistant United States Attorney, and TODD D. LERAS, Assistant United States Attorney, defendant, KHAMALE KEOVILAY, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, defendant, DAVID CHENG by and through his attorney, ALICE W. WONG, defendant DAI NGUYEN, by and through his attorney FRED DAWSON, defendant MINGH THAM, by and through his attorney MICHAEL B. BIGELOW, defendant SANG SAELEE, by and through his attorney, OLAF W. HEDBERG, defendant LONG NGUYEN, by and through his attorney, CHRISTOPHER H. WING and defendant, TUAN DAO, by and through his attorney MICHAEL L. CHASTAINE, that the status conference set for Friday, August 21, 2009, be continued to a status conference on Friday,

October 16, 2009 at 9:00 a.m.  This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses.  Furthermore, the parties have received a large amount of discovery and have been advised that more is coming.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for October 16, 2009, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

Respectfully submitted,
DANIEL J. BRODERICK
Federal Defender

DATED: August 17, 2009          /S/ Dennis S. Waks
                                DENNIS S. WAKS
                                Supervising Assistant Federal Defender
                                Attorney for Defendant
                                KHAMALE KEOVILAY

DATED:  August 17, 2009
                                /s/ Dennis S. Waks for

                                ALICE W. WONG, Attorney for
                                DAVID CHENG

DATED:  August 17, 2009
                                /s/ Dennis S. Waks for

                                FRED DAWSON, Attorney for
                                DAI NGUYEN

DATED:  August 17, 2009
                                /s/ Dennis S. Waks for

                                MICHAEL B. BIGELOW, Attorney for
                                MINH THAM

DATED:  August 17, 2009
                                /s/ Dennis S. Waks for

                                OLAF W. HEDBERG, Attorney for
                                SANG SAELEE

/ / /

1  / / /

2  DATED:   August 17, 2009

3                                           /s/ Dennis S. Waks for
                                            _____
4                                           CHRISTOPHER H. WING, Attorney for
                                            LONG NGUYEN

5  DATED:   August 17, 2009
                                            /s/ Dennis S. Waks for
6                                           _____
                                            MICHAEL L. CHASTAINE, Attorney for
7                                           TUAN DAO

8
                                            LAWRENCE G. BROWN
9                                           United States Attorney

10
   DATED: August 17, 2009                   /s/ Dennis S. Waks for
11                                          _____
                                            HEIKO P. COPPOLA
12                                          Assistant U.S. Attorney

13                                          /s/ Dennis S. Waks for
                                            _____
14                                          TODD D. LERAS
                                            Assistant U.S. Attorney
15
                        _____
16                             O R D E R

17
           IT IS SO ORDERED.
18
   Dated:  August 19, 2009
19

20
                                            _____
21                                          GARLAND E. BURRELL, JR.
                                            United States District Judge
22

23

24

25

26

27

28

3