1  Olaf W. Hedberg, SBN #151082
   Olaf W. Hedberg, Attorney at Law
2  1107 9th St., Suite 850
   Sacramento, CA 95814
3  (916) 447-1192
   Attorney for Defendant
4
                    IN THE UNITED STATES DISTRICT COURT
5                  FOR THE EASTERN DISTRICT OF CALIFORNIA
6

7

8  UNITED STATES OF AMERICA          )    No. CR-S-09-222-GEB
                                     )
9              Plaintiff,            )    STIPULATION AND ORDER
          vs.                        )
10                                   )    Date: November 20, 2009
   SANG SAELEE                       )    Time: 9 a.m.
11                                   )    Judge: Hon. Garland E. Burrell, Jr.
               Defendant.            )
12 _____   )
          IT IS HEREBY STIPULATED by and between the parties hereto through their respective
13
   counsel, TODD LERAS, Assistant Untied States Attorney, attorney for Plaintiff, and OLAF
14
   HEDBERG, attorney for Defendant, that the status conference now scheduled for November 20,
15
   2009 at 9 a.m. be vacated and a new date of January 15, 2010 at 9 a.m. be set for status. The
16
   parties are actively engaged in ongoing settlement negotiations and further time is felt necessary
17
   to finalize those negotiations. Further, Defendant has recently been provided with additional
18
   discovery and needs time to review that discovery.
19
          It is further stipulated and agreed between the parties that the period beginning November
20
   20, 2009 and ending January 15, 2010, should be excluded in computing the time within which
21

22                                    Page 1 of 3

1    the trial of the above criminal prosecution must commence for the purpose of the Speedy Trial

2    Act for defense preparation. The parties have been actively negotiating this matter and are close

3    to a resolution. All parties stipulate and agree that this is an appropriate exclusion of time within

4    the meaning of Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv) (Local Code T4),

5    and that the ends of justice served by taking such action outweigh the best interest of the public

6    and the defendant in a speedy trial.

7

8                                         Respectfully submitted,
                                          Dated this November 19, 2009
9                                         By /s/ Olaf Hedberg
                                          Olaf W. Hedberg, Attorney at Law
10                                        Attorney for Sang Saelee

11                                        Dated this November 19, 2009
                                          Benjamin B. Wagner
12                                        United States Attorney
                                          /s/ Olaf Hedberg for Todd Leras
13                                        Todd Leras
                                          Assistant U.S. Attorney

14

15                                **ORDER**

16
     **IT IS SO FOUND AND ORDERED**
17
     **Dated:  November 23, 2009**
18

19                                         _____
                                           GARLAND E. BURRELL, JR.
20                                         United States District Judge

21

22                                Page 2 of 3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22