**FILED**
December 2, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                       )    Case No. CR.S-09-0222-GEB
         Plaintiff,            )
v.                                    )
                                        )    ORDER FOR RELEASE OF
SANG HIN SAELEE,              )    PERSON IN CUSTODY
         Defendant.            )
_____ )

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release SANG HIN SAELEE, Case No. CR.S-09-0222-GEB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

         ____    Release on Personal Recognizance

         _X_    Bail Posted in the Sum of: $100,000.00

                 _X_    Unsecured Appearance Bond

                 ____    Appearance Bond with Surety

                 ____    (Other) Conditions as stated on the record.

                 ____    (Other) Bond paperwork to be submitted to the Court within 1 week.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _12/02/09_ at _3:00 p.m._

By _____
Edmund F. Brennan
United States Magistrate Judge