DANIEL J. BRODERICK, Bar# 89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
KHAMALE KEOVILAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>KHAMALE KEOVILAY, et al.,  )<br>)<br>Defendants.  )<br>)<br>_____  ) | Cr.S. 09-222-GEB<br><br>**STIPULATION AND ORDER**<br><br>DATE: March 12, 2010<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell |

It is hereby stipulated and agreed to by the United States of America through HEIKO P. COPPOLA, Assistant United States Attorney, and TODD D. LERAS, Assistant United States Attorney, defendant, KHAMALE KEOVILAY, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, defendant, DAVID CHENG by and through his attorney, ALICE W. WONG, defendant MINGH THAM, by and through his attorney MICHAEL B. BIGELOW, defendant SAN HIN SAELEE, by and through his attorney, OLAF W. HEDBERG, defendant LONG NGUYEN, by and through his attorney, CHRISTOPHER H. WING, defendant TUAN DAO, by and though his attorney, KENNY N. GIFFARD and defendant, DUNG NGUYEN by and through his attorney MICHEAL D. LONG, that the status conference set for Friday, January 15, 2010, be continued to a status conference on

1  Friday, March 12, 2010, at 9:00 a.m.
2       This continuance is being requested because defense counsel needs
3  additional time to prepare, to review discovery, and to interview
4  witnesses.  The parties have received a large amount of discovery and
5  have been advised that more is coming, including the Title III
6  documents.
7       Furthermore, the parties stipulate and agree that the interest of
8  justice served by granting this continuance outweighs the best interest
9  of the public and the defendant in a speedy trial.  (18 U.S.C. §
10 3161(h)(7)(A)).
11      Speedy trial time is to be excluded from the date of this order
12 through the date of the status conference set for March 12, 2010,
13 pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare]
14 (Local Code T4).

15                              Respectfully submitted,
16                              DANIEL J. BRODERICK
                                Federal Defender
17
   DATED: January 12, 2010      /S/ Dennis S. Waks
18                              _____
                                DENNIS S. WAKS
19                              Supervising Assistant Federal Defender
                                Attorney for Defendant
20                              KHAMALE KEOVILAY
   DATED:  January 12, 2010
21                              /s/ Dennis S. Waks for
                                _____
22                              ALICE W. WONG, Attorney for
                                DAVID CHENG
23
   DATED:  January 12, 2010
24                              /s/ Dennis S. Waks for
                                _____
25                              MICHAEL B. BIGELOW, Attorney for
                                MINH THAM
26 DATED:  January 12, 2010
27                              /s/ Dennis S. Waks for
                                _____
28                              OLAF W. HEDBERG, Attorney for
                                SANG HIN SAELEE

```
DATED:   January 12, 2010
                                  /s/ Dennis S. Waks for
                                  _____
                                  CHRISTOPHER H. WING, Attorney for
                                  LONG NGUYEN


DATED:   January 12, 2010
                                  /s/ Dennis S. Waks for
                                  _____
                                  KENNY N. GIFFARD Attorney for
                                  TUAN DAO


                                  BENJAMIN B. WAGNER
                                  United States Attorney

DATED: January 12, 2010           /s/ Dennis S. Waks for
                                  _____
                                  HEIKO P. COPPOLA
                                  Assistant U.S. Attorney

                                  /s/ Dennis S. Waks for
                                  _____
                                  TODD D. LERAS
                                  Assistant U.S. Attorney
```

O R D E R

IT IS SO ORDERED.

Dated: January 20, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

**3**