```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
KHAMALE KEOVILAY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>              Plaintiff,      )<br>                              )<br>         v.                   )<br>                              )<br> KHAMALE KEOVILAY, et al.,    )<br>                              )<br>              Defendants.     )<br>_____) | Cr.S. 09-222-GEB<br><br>**STIPULATION AND ORDER**<br><br>DATE: April 30, 2010<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell |

It is hereby stipulated and agreed to by the United States of America through HEIKO P. COPPOLA, Assistant United States Attorney, and TODD D. LERAS, Assistant United States Attorney, defendant, KHAMALE KEOVILAY, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, defendant, DAVID CHENG by and through his attorney, ALICE W. WONG, defendant MINGH THAM, by and through his attorney MICHAEL B. BIGELOW, defendant LONG NGUYEN, by and through his attorney, CHRISTOPHER H. WING, defendant, TUAN DAO, by and through his attorney MICHAEL L. CHASTAINE, and defendant DUNG NGUYEN, by and through his attorney MICHAEL D. LONG, that the status conference set for Friday, March 12, 2010, be continued to a status conference on Friday, April 30, 2010, at 9:00 a.m.

1  This continuance is being requested because defense counsel needs
2  additional time to prepare, to review discovery, and to interview
3  witnesses.  The parties have received a large amount of discovery and
4  have been advised that more is coming, including the Title III
5  documents.

6  Furthermore, the parties stipulate and agree that the interest of
7  justice served by granting this continuance outweighs the best interest
8  of the public and the defendant in a speedy trial.  (18 U.S.C. §
9  3161(h)(7)(A)).

10  Speedy trial time is to be excluded from the date of this order
11  through the date of the status conference set for April 30, 2010,
12  pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare]
13  (Local Code T4).

```
                                    Respectfully submitted,
                                    DANIEL J. BRODERICK
                                    Federal Defender

DATED: March 9, 2010                /S/ Dennis S. Waks
                                    _____
                                    DENNIS S. WAKS
                                    Supervising Assistant Federal Defender
                                    Attorney for Defendant
                                    KHAMALE KEOVILAY

DATED: March 9, 2010
                                    /s/ Dennis S. Waks for
                                    _____
                                    ALICE W. WONG, Attorney for
                                    DAVID CHENG

DATED: March 9, 2010
                                    /s/ Dennis S. Waks for
                                    _____
                                    MICHAEL B. BIGELOW, Attorney for
                                    MINH THAM

DATED: March 9, 2010
                                    /s/ Dennis S. Waks for
                                    _____
                                    CHRISTOPHER H. WING, Attorney for
                                    LONG NGUYEN
```

```
DATED: March 9, 2010
                                    /s/ Dennis S. Waks for
                                    _____
                                    MICHAEL L. CHASTAINE, Attorney for
                                    TUAN DAO


DATED: March 9, 2010                /s/ Dennis S. Waks for
                                    _____
                                    MICHAEL D. LONG, Attorney for
                                    DUNG NGUYEN


                                    BENJAMIN B. WAGNER
                                    United States Attorney


DATED: March 9, 2010                /s/ Dennis S. Waks for
                                    _____
                                    HEIKO P. COPPOLA
                                    Assistant U.S. Attorney

                                    /s/ Dennis S. Waks for
                                    _____
                                    TODD D. LERAS
                                    Assistant U.S. Attorney
```

O R D E R

IT IS SO ORDERED.

Dated:  March 11, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge