Olaf W. Hedberg, SBN #151082
Olaf W. Hedberg, Attorney at Law
1107 9th St., Suite 850
Sacramento, CA 95814
(916) 476-5168
o.hedberg@sbcglobal.net
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SANG SAELEE<br><br>　　　　Defendant. | No. CR-S-09-222-GEB<br><br>STIPULATION AND [PROPOSED ORDER].<br><br>Date: March 12, 2010<br>Time: 9 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, TODD LERAS, Assistant Untied States Attorney, attorney for Plaintiff, and OLAF HEDBERG, attorney for Defendant, that the status conference now scheduled for March 12, 2010 at 9 a.m. be vacated and a new date of April 30, 2010 at 9 a.m. be set for status. The parties are actively engaged in ongoing settlement negotiations and further time is felt necessary to finalize those negotiations. Further, Defendant has recently been provided with additional discovery and needs time to review that discovery.

　　　　It is further stipulated and agreed between the parties that the period beginning March 12, 2010 and ending April 30, 2010, should be excluded in computing the time within which the trial

of the above criminal prosecution must commence for the purpose of the Speedy Trial Act for defense preparation. The parties have been actively negotiating this matter and are close to a resolution. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv) (Local Code T4), and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,
Dated this March 9, 2010
By /s/ Olaf Hedberg
Olaf W. Hedberg, Attorney at Law
Attorney for Sang Saelee

Dated this March 9, 2010
Benjamin B. Wagner
United States Attorney
/s/ Olaf Hedberg for Todd Leras
Todd Leras
Assistant U.S. Attorney

**ORDER**

**IT IS SO FOUND AND ORDERED**

**Dated: March 15, 2010**

_____
**GARLAND E. BURRELL, JR.**
**United States District Judge**