```
 1  DANIEL J. BRODERICK, Bar# 89424
    Federal Defender
 2  Dennis S. Waks, Bar #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    KHAMALE KEOVILAY
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Cr.S. 09-222-GEB |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | |
| | ) | |
| KHAMALE KEOVILAY, et al., | ) | DATE: June 18, 2010 |
| | ) | TIME: 9:00 a.m. |
| Defendants. | ) | JUDGE: Hon. Garland E. Burrell |
| | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to by the United States of America through HEIKO P. COPPOLA, Assistant United States Attorney, and TODD D. LERAS, Assistant United States Attorney, defendant, KHAMALE KEOVILAY, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, defendant, DAVID CHENG by and through his attorney, ALICE W. WONG, defendant MINGH THAM, by and through his attorney MICHAEL B. BIGELOW, defendant LONG NGUYEN, by and through his attorney, CHRISTOPHER H. WING, defendant, TUAN DAO, by and through his attorney KEN GIFFARD, defendant DUNG NGUYEN, by through his attorney MICHAEL D. LONG, and SANG HIN SAELEE, by and through his attorney, OLAF W. HEDBERG that the status conference set for Friday, April 30, 2010, be continued to a status conference on Friday, June 18, 2010, at 9:00

a.m.

This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses. The parties have received a large amount of discovery and have been advised that more is coming, including the Title III documents.

Furthermore, the parties stipulate and agree that the interest of justice served by granting this continuance outweighs the best interest of the public and the defendants in a speedy trial. (18 U.S.C. § 3161(h)(7)(A)).

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for June 18, 2010, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

                                      Respectfully submitted,
DANIEL J. BRODERICK
Federal Defender

DATED: April 27, 2010      /S/ Dennis S. Waks
                                      DENNIS S. WAKS
Supervising Assistant Federal Defender
Attorney for Defendant
KHAMALE KEOVILAY

DATED: April 27, 2010

                                        /s/ Dennis S. Waks for

                                      ALICE W. WONG, Attorney for
DAVID CHENG

DATED: April 27, 2010
                                        /s/ Dennis S. Waks for

                                      MICHAEL B. BIGELOW, Attorney for
MINH THAM

```
 1  DATED: April 27, 2010
                                    /s/ Dennis S. Waks for
 2                                  _____
                                    CHRISTOPHER H. WING, Attorney for
 3                                  LONG NGUYEN

 4  DATED: April 27, 2010
                                    /s/ Dennis S. Waks for
 5                                  _____
                                    KEN GIFFARD Attorney for
 6                                  TUAN DAO

 7

 8

 9  DATED: April 27, 2010           /s/ Dennis S. Waks for
                                    _____
10                                  MICHAEL D. LONG, Attorney for
                                    DUNG NGUYEN
11

12  DATED: April 27, 2010           /s/ Dennis S. Waks for
                                    _____
13                                  OLAF W. HEDBERG, Attorney for
                                    SANG HIN SAELEE
14

15                                  BENJAMIN B. WAGNER
                                    United States Attorney
16

17  DATED: April 27, 2010           /s/ Dennis S. Waks for
                                    _____
18                                  HEIKO P. COPPOLA
                                    Assistant U.S. Attorney
19
                                    /s/ Dennis S. Waks for
20                                  _____
                                    TODD D. LERAS
21                                  Assistant U.S. Attorney

22                                  _____
                                              O R D E R
23

24          IT IS SO ORDERED.

25  Dated:  May 6, 2010

26

27                                  _____
                                    GARLAND E. BURRELL, JR.
28                                  United States District Judge
```

**3**