1   DANIEL J. BRODERICK, Bar# 89424
Federal Defender
2   Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
3   801 I Street, 3rd Floor
Sacramento, California  95814
4   Telephone (916) 498-5700

5   Attorney for Defendant
KHAMALE KEOVILAY

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,   )
                       )   Cr.S. 09-222-GEB
             Plaintiff,  )
11                     )   **STIPULATION AND ORDER**
        v.            )
12                     )
   KHAMALE KEOVILAY, et al.,  )   DATE:  September 3, 2010
13                     )   TIME:  9:00 a.m.
           Defendants.  )   JUDGE: Hon. Garland E. Burrell
14                     )
   _____  )
15

16

17      It is hereby stipulated and agreed to by the United States of

18  America through HEIKO P. COPPOLA, Assistant United States Attorney, and

19  TODD D. LERAS, Assistant United States Attorney, defendant, KHAMALE

20  KEOVILAY, by and though his counsel, DENNIS S. WAKS, Supervising

21  Assistant Federal Defender, defendant, DAVID CHENG by and through his

22  attorney, ALICE W. WONG, defendant MINGH THAM, by and through his

23  attorney MICHAEL B. BIGELOW, defendant LONG NGUYEN, by and through his

24  attorney, CHRISTOPHER H. WING, defendant, TUAN DAO, by and through his

25  attorney KEN GIFFARD, defendant DUNG NGUYEN, by through his attorney

26  MICHAEL D. LONG, and SANG HIN SAELEE, by and through his attorney, OLAF

27  W. HEDBERG that the status conference set for Friday, June 18, 2010, be

28  continued to a status conference on Friday, September 3, 2010, at 9:00

1  a.m.

2      This continuance is being requested because defense counsel needs

3  additional time to prepare, to review discovery, and to interview

4  witnesses.  The parties have received a large amount of discovery and

5  have been advised that more is coming, including the Title III

6  documents.

7      Furthermore, the parties stipulate and agree that the interest of

8  justice served by granting this continuance outweighs the best interest

9  of the public and the defendants in a speedy trial.  (18 U.S.C. §

10  3161(h)(7)(A)).

11      Speedy trial time is to be excluded from the date of this order

12  through the date of the status conference set for September 3, 2010,

13  pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare]

14  (Local Code T4).

15                              Respectfully submitted,
                                DANIEL J. BRODERICK
16                              Federal Defender

17  DATED: June 15, 2010        /S/ Dennis S. Waks
                                _____
18                              DENNIS S. WAKS
                                Supervising Assistant Federal Defender
19                              Attorney for Defendant
                                KHAMALE KEOVILAY
20
    DATED: June 15, 2010
21
                                /s/ Dennis S. Waks for
22                              _____
    _____     ALICE W. WONG, Attorney for
23                              DAVID CHENG

24  DATED: June 15, 2010
25                              /s/ Dennis S. Waks for
26  _____     _____
                                MICHAEL B. BIGELOW, Attorney for
27                              MINH THAM

28

**2**

DATED: June 15, 2010

/s/ Dennis S. Waks for
_____
CHRISTOPHER H. WING, Attorney for
LONG NGUYEN

DATED: June 15, 2010

/s/ Dennis S. Waks for
_____
KEN GIFFARD Attorney for
TUAN DAO

DATED: June 15, 2010          /s/ Dennis S. Waks for
_____
MICHAEL D. LONG, Attorney for
DUNG NGUYEN

DATED: June 15, 2010          /s/ Dennis S. Waks for
_____
OLAF W. HEDBERG, Attorney for
SANG HIN SAELEE

BENJAMIN B. WAGNER
United States Attorney

DATED: June 15, 2010          /s/ Dennis S. Waks for
_____
HEIKO P. COPPOLA
Assistant U.S. Attorney

/s/ Dennis S. Waks for
_____
TODD D. LERAS
Assistant U.S. Attorney

_____
O R D E R

          IT IS SO ORDERED.

Dated:   June 16, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge