DANIEL J. BRODERICK, Bar# 89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
KHAMALE KEOVILAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Cr.S. 09-222-GEB |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | |
| | ) | |
| KHAMALE KEOVILAY, et al., | ) | DATE: January 14, 2011 |
| | ) | TIME: 9:00 a.m. |
| Defendants. | ) | JUDGE: Hon. Garland E. Burrell |
| | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to by the United States of America through HEIKO P. COPPOLA, Assistant United States Attorney, and TODD D. LERAS, Assistant United States Attorney, defendant, KHAMALE KEOVILAY, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, defendant, DAVID CHENG by and through his attorney, ALICE W. WONG, defendant MINGH THAM, by and through his attorney MICHAEL B. BIGELOW, defendant DUNG NGUYEN, by through his attorney MICHAEL D. LONG, SANG HIN SAELEE, by and through his attorney, OLAF W. HEDBERG, defendant LONG NGUYEN, by and through his attorney, CHRISTOPHER H. WING, and defendant TUAN DAO, by and through his attorney KEN GIFFARD, that the status conference set for Friday, October 22, 2010, be continued to a status conference on Friday,

1  January 14, 2011, at 9:00 a.m.
2       This continuance is being requested because defense counsel needs
3  additional time to prepare, to review discovery, and to interview
4  witnesses.  The parties have received a large amount of discovery,
5  including Title III documents.
6       Furthermore, the parties stipulate and agree that the interest of
7  justice served by granting this continuance outweighs the best interest
8  of the public and the defendants in a speedy trial.  (18 U.S.C. §
9  3161(h)(7)(A)).
10      Speedy trial time is to be excluded from the date of this order
11 through the date of the status conference set for January 14, 2011,
12 pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare]
13 (Local Code T4).

                                    Respectfully submitted,
                                    DANIEL J. BRODERICK
                                    Federal Defender

DATED: October 19, 2010             /S/ Dennis S. Waks
                                    _____
                                    DENNIS S. WAKS
                                    Supervising Assistant Federal Defender
                                    Attorney for Defendant
                                    KHAMALE KEOVILAY

DATED: October 19, 2010
                                    /s/ Dennis S. Waks for
                                    _____
                                    ALICE W. WONG, Attorney for
                                    DAVID CHENG

DATED: October 19, 2010
                                    /s/ Dennis S. Waks for
                                    _____
                                    MICHAEL B. BIGELOW, Attorney for
                                    MINH THAM

DATED: October 19, 2010             /s/ Dennis S. Waks for
                                    _____
                                    MICHAEL D. LONG, Attorney for
                                    DUNG NGUYEN

```
1  DATED: October 19, 2010          /s/ Dennis S. Waks for
                                    _____
2                                   OLAF W. HEDBERG, Attorney for
                                    SANG HIN SAELEE
3

4
   DATED: October 19, 2010
5                                   /s/ Dennis S. Waks for
                                    _____
6                                   CHRISTOPHER H. WING, Attorney for
                                    LONG NGUYEN
7

8  DATED: October 19, 2010
                                    /s/ Dennis S. Waks for
9                                   _____
                                    KEN GIFFARD Attorney for
10                                  TUAN DAO

11

12                                  BENJAMIN B. WAGNER
                                    United States Attorney
13

14 DATED: October 19, 2010          /s/ Dennis S. Waks for
                                    _____
15                                  HEIKO P. COPPOLA
                                    Assistant U.S. Attorney
16
                                    /s/ Dennis S. Waks for
17                                  _____
                                    TODD D. LERAS
18                                  Assistant U.S. Attorney

19                  _____
                                    O R D E R
20

21          IT IS SO ORDERED.

22

23 Dated:  October 20, 2010

24
                                    _____
25                                  GARLAND E. BURRELL, JR.
                                    United States District Judge
```

3