DANIEL J. BRODERICK, Bar# 89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone (916) 498-5700

Attorney for Defendant
KHAMALE KEOVILAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KHAMALE KEOVILAY, et al., )<br>)<br>Defendants. )<br>) <br>_____ ) | Cr.S. 09-222-GEB<br><br>**STIPULATION AND ORDER**<br><br>DATE: March 18, 2011<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell |

It is hereby stipulated and agreed to by the United States of America through HEIKO P. COPPOLA, Assistant United States Attorney, and TODD D. LERAS, Assistant United States Attorney, defendant, KHAMALE KEOVILAY, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, defendant, DAVID CHENG by and through his attorney, ALICE W. WONG, defendant MINGH THAM, by and through his attorney MICHAEL B. BIGELOW, defendant DUNG NGUYEN, by through his attorney MICHAEL D. LONG, SANG HIN SAELEE, by and through his attorney, OLAF W. HEDBERG, defendant LONG NGUYEN, by and through his attorney, CHRISTOPHER H. WING, and defendant TUAN DAO, by and through his attorney KEN GIFFARD, that the status conference set for Friday, January 14, 2011, be continued to a status conference on Friday, March

1  18, 2011, at 9:00 a.m.

2     This continuance is being requested because defense counsel needs
3  additional time to prepare, to review discovery, and to interview
4  witnesses.  The parties have received a large amount of discovery,
5  including Title III documents.

6     Furthermore, the parties stipulate and agree that the interest of
7  justice served by granting this continuance outweighs the best interest
8  of the public and the defendants in a speedy trial.  (18 U.S.C. §
9  3161(h)(7)(A)).

10    Speedy trial time is to be excluded from the date of this order
11 through the date of the status conference set for March 18, 2011,
12 pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare]
13 (Local Code T4).

```
                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

DATED: January 10, 2011                 /S/ Dennis S. Waks
                                        _____
                                        DENNIS S. WAKS
                                        Supervising Assistant Federal Defender
                                        Attorney for Defendant
                                        KHAMALE KEOVILAY

DATED: January 10, 2011

                                        /s/ Dennis S. Waks for
                                        _____
                                        ALICE W. WONG, Attorney for
                                        DAVID CHENG

DATED: January 10, 2011
                                        /s/ Dennis S. Waks for
                                        _____
                                        MICHAEL B. BIGELOW, Attorney for
                                        MINH THAM


DATED: January 10, 2011                 /s/ Dennis S. Waks for
                                        _____
                                        MICHAEL D. LONG, Attorney for
                                        DUNG NGUYEN
```

```
DATED: January 10, 2011            /s/ Dennis S. Waks for
                                   _____
                                   OLAF W. HEDBERG, Attorney for
                                   SANG HIN SAELEE


DATED: January 10, 2011
                                   /s/ Dennis S. Waks for
                                   _____
                                   CHRISTOPHER H. WING, Attorney for
                                   LONG NGUYEN


DATED: January 10, 2011
                                   /s/ Dennis S. Waks for
                                   _____
                                   KEN GIFFARD Attorney for
                                   TUAN DAO



                                   BENJAMIN B. WAGNER
                                   United States Attorney


DATED: January 10, 2011            /s/ Dennis S. Waks for
                                   _____
                                   HEIKO P. COPPOLA
                                   Assistant U.S. Attorney

                                   /s/ Dennis S. Waks for
                                   _____
                                   TODD D. LERAS
                                   Assistant U.S. Attorney

                                   _____
                                   O R D E R
```

        IT IS SO ORDERED.


Dated:  January 11, 2011

                                   _____
                                   GARLAND E. BURRELL, JR.
                                   United States District Judge