```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
KHAMALE KEOVILAY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>         )<br>         Plaintiff,  )<br>         )<br>    v.   )<br>         )<br>KHAMALE KEOVILAY, et al., )<br>         )<br>         Defendants. )<br>         )<br>_____ ) | Cr.S. 09-222-GEB<br><br>**STIPULATION AND ORDER**<br><br>DATE:  June 24, 2011<br>TIME:  9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell |

    It is hereby stipulated and agreed to by the United States of America through HEIKO P. COPPOLA, Assistant United States Attorney, and TODD D. LERAS, Assistant United States Attorney, defendant, KHAMALE KEOVILAY, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, defendant, DAVID CHENG by and through his attorney, ALICE W. WONG, defendant MINGH THAM, by and through his attorney MICHAEL B. BIGELOW, defendant DUNG NGUYEN, by and through his attorney MICHAEL D. LONG, SANG HIN SAELEE, by and through his attorney, OLAF W. HEDBERG, defendant LONG NGUYEN, by and through his attorney, CHRISTOPHER H. WING, and defendant TUAN DAO, by and through his attorney KEN GIFFARD, that the status conference set for Friday, March 18, 2011, be continued to a status conference on Friday, June 24, 2011,

1 | at 9:00 a.m.
2 |     This continuance is being requested because defense counsel needs
3 | additional time to prepare, to review discovery, and to interview
4 | witnesses.  The parties have received a large amount of discovery,
5 | including Title III documents.
6 |     Furthermore, the parties stipulate and agree that the interest of
7 | justice served by granting this continuance outweighs the best interest
8 | of the public and the defendants for a speedy trial.  (18 U.S.C. §
9 | 3161(h)(7)(A)).
10 |     Speedy trial time is to be excluded from the date of this order
11 | through the date of the status conference set for June 24, 2011,
12 | pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare]
13 | (Local Code T4).

```
                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

DATED: March 14, 2011                   /S/ Dennis S. Waks
                                        _____
                                        DENNIS S. WAKS
                                        Supervising Assistant Federal Defender
                                        Attorney for Defendant
                                        KHAMALE KEOVILAY

DATED: March 14, 2011

                                        /s/ Dennis S. Waks for
                                        _____
                                        ALICE W. WONG, Attorney for
                                        DAVID CHENG

DATED: March 14, 2011
                                        /s/ Dennis S. Waks for
                                        _____
                                        MICHAEL B. BIGELOW, Attorney for
                                        MINH THAM


DATED: March 14, 2011                   /s/ Dennis S. Waks for
                                        _____
                                        MICHAEL D. LONG, Attorney for
                                        DUNG NGUYEN
```

**2**

```
DATED: March 14, 2011          /s/ Dennis S. Waks for
                               _____
                               OLAF W. HEDBERG, Attorney for
                               SANG HIN SAELEE


DATED: March 14, 2011
                               /s/ Dennis S. Waks for
                               _____
                               CHRISTOPHER H. WING, Attorney for
                               LONG NGUYEN


DATED: March 14, 2011
                               /s/ Dennis S. Waks for
                               _____
                               KEN GIFFARD Attorney for
                               TUAN DAO



                               BENJAMIN B. WAGNER
                               United States Attorney


DATED: March 14, 2011          /s/ Dennis S. Waks for
                               _____
                               HEIKO P. COPPOLA
                               Assistant U.S. Attorney

                               /s/ Dennis S. Waks for
                               _____
                               TODD D. LERAS
                               Assistant U.S. Attorney

                                  _____
                                  O R D E R
```

IT IS SO ORDERED.

Dated: March 15, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

3