DANIEL J. BRODERICK, Bar# 89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
KHAMALE KEOVILAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KHAMALE KEOVILAY, et al., ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | Cr.S. 09-222-GEB <br><br> **STIPULATION AND ORDER** <br><br><br> DATE: October 28, 2011 <br> TIME: 9:00 a.m. <br> JUDGE: Hon. Garland E. Burrell |

It is hereby stipulated and agreed to by the United States of America through HEIKO P. COPPOLA, Assistant United States Attorney, and TODD D. LERAS, Assistant United States Attorney, defendant, KHAMALE KEOVILAY, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, defendant, DAVID CHENG by and through his attorney, ALICE W. WONG, defendant MINGH THAM, by and through his attorney MICHAEL B. BIGELOW, defendant DUNG NGUYEN, by and through his attorney MICHAEL D. LONG, SANG HIN SAELEE, by and through his attorney, OLAF W. HEDBERG, defendant LONG NGUYEN, by and through his attorney, CHRISTOPHER H. WING, and defendant TUAN DAO, by and through his attorney KEN GIFFARD, that the status conference set for Friday, August 26, 2011, be continued to a status conference on Friday, October 28,

1 | 2011, at 9:00 a.m.

2 |     This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses.  The parties have received a large amount of discovery, including Title III documents.

    Furthermore, the parties stipulate and agree that the interest of justice served by granting this continuance outweighs the best interest of the public and the defendants for a speedy trial.  (18 U.S.C. §3161(h)(7)(A)).

    Speedy trial time is to be excluded from the date of this order through the date of the status conference set for October 28, 2011, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

```
                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

DATED: August 24, 2011              /S/ Dennis S. Waks
                                    _____
                                    DENNIS S. WAKS
                                    Supervising Assistant Federal Defender
                                    Attorney for Defendant
                                    KHAMALE KEOVILAY


                                    /s/ Dennis S. Waks for
                                    _____
                                    ALICE W. WONG, Attorney for
                                    DAVID CHENG


                                    /s/ Dennis S. Waks for
                                    _____
                                    MICHAEL B. BIGELOW, Attorney for
                                    MINH THAM


                                    /s/ Dennis S. Waks for
                                    _____
                                    MICHAEL D. LONG, Attorney for
                                    DUNG NGUYEN
```

```
                            /s/ Dennis S. Waks for
                            _____
                            OLAF W. HEDBERG, Attorney for
                            SANG HIN SAELEE



                            /s/ Dennis S. Waks for
                            _____
                            CHRISTOPHER H. WING, Attorney for
                            LONG NGUYEN



                            /s/ Dennis S. Waks for
                            _____
                            KEN GIFFARD Attorney for
                            TUAN DAO



                            BENJAMIN B. WAGNER
                            United States Attorney

DATED: August 24, 2011      /s/ Dennis S. Waks for
                            _____
                            HEIKO P. COPPOLA
                            Assistant U.S. Attorney

                            /s/ Dennis S. Waks for
                            _____
                            TODD D. LERAS
                            Assistant U.S. Attorney
```

O R D E R

IT IS SO ORDERED.

Dated: August 25, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

3