1
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
2
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
3
801 I Street, 3rd Floor
Sacramento, California  95814
4
Telephone (916) 498-5700

5
Attorney for Defendant
KHAMALE KEOVILAY
6

7
IN THE UNITED STATES DISTRICT COURT

8
FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10
UNITED STATES OF AMERICA,        )
                                 )    Cr.S. 09-222-GEB
                Plaintiff,       )
11                               )    **STIPULATION AND ORDER**
                v.               )
12                               )
KHAMALE KEOVILAY, et al.,        )    DATE:  January 27, 2012
13                               )    TIME:  9:00 a.m.
                Defendants.      )    JUDGE: Hon. Garland E. Burrell
14                               )
_____)
15

16

17
It is hereby stipulated and agreed to by the United States of

18
America through TODD D. LERAS, Assistant United States Attorney,

19
defendant, KHAMALE KEOVILAY, by and though his counsel, DENNIS S. WAKS,

20
Supervising Assistant Federal Defender, defendant, DAVID CHENG by and

21
through his attorney, ALICE W. WONG, defendant MINGH THAM, by and

22
through his attorney, MICHAEL B. BIGELOW, defendant DUNG NGUYEN, by and

23
through his attorney, MICHAEL D. LONG, SANG HIN SAELEE, by and through

24
his attorney, OLAF W. HEDBERG, defendant LONG NGUYEN, by and through

25
his attorney, CHRISTOPHER H. WING, and defendant TUAN DAO, by and

26
through his attorney, KEN GIFFARD, that the status conference set for

27
Friday, December 2, 2011, be continued to a status conference on

28
Friday, January 27, 2012, at 9:00 a.m.

1    This continuance is being requested because defense counsel needs

2 additional time to prepare, to review discovery, and to interview

3 witnesses.  The parties have received a large amount of discovery,

4 including Title III documents.

5    Furthermore, the parties stipulate and agree that the interest of

6 justice served by granting this continuance outweighs the best interest

7 of the public and the defendants in a speedy trial.  (18 U.S.C.

8 §3161(h)(7)(A)).

9    Speedy trial time is to be excluded from the date of this order

10 through the date of the status conference set for January 27, 2012,

11 pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare]

12 (Local Code T4).

13                                    Respectfully submitted,

14                                    DANIEL J. BRODERICK
                                      Federal Defender
15
DATED: November 30, 2011             /S/ Dennis S. Waks
16
                                     _____
                                     DENNIS S. WAKS
17                                   Supervising Assistant Federal Defender
                                     Attorney for Defendant
18                                   KHAMALE KEOVILAY

19

20                                   /s/ Dennis S. Waks for

21                                   _____
                                     ALICE W. WONG, Attorney for
                                     DAVID CHENG
22

23                                   /s/ Dennis S. Waks for

24                                   _____
                                     MICHAEL B. BIGELOW, Attorney for
                                     MINH THAM
25

26                                   /s/ Dennis S. Waks for

27                                   _____
                                     MICHAEL D. LONG, Attorney for
                                     DUNG NGUYEN
28

**2**

1

/s/ Dennis S. Waks for

2

_____
OLAF W. HEDBERG, Attorney for
SANG HIN SAELEE

3

4

/s/ Dennis S. Waks for

5

_____
CHRISTOPHER H. WING, Attorney for
LONG NGUYEN

6

7

/s/ Dennis S. Waks for

8

_____
KEN GIFFARD, Attorney for
TUAN DAO

9

10

11

BENJAMIN B. WAGNER
United States Attorney

12

13    DATED: November 30, 2011          /s/ Dennis S. Waks for

14

_____
TODD D. LERAS
Assistant U.S. Attorney

15

16

17                                      O R D E R

18

19        Based on the stipulation of the parties and good cause appearing

20    therefrom, the Court hereby finds that the failure to grant a

21    continuance in this case would deny defense counsel reasonable time

22    necessary for effective preparation, taking into account the exercise

23    of due diligence.  The Court specifically finds that the ends of

24    justice served by the granting of such continuance outweigh the

25    interests of the public and the defendant in a speedy trial.  Based on

26    these findings and pursuant to the stipulation of the parties, the

27    Court hereby adopts the stipulation of the parties in its entirety as

28    its order.  Time is excluded from computation of time within which the

1  trial of this matter must be commenced beginning from the date of the

2  stipulation through and including January 27, 2012, pursuant to 18

3  U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for defense

4  counsel to prepare] and Local Code T4.  A new status conference date is

5  hereby set for January 27, 2012, at 9:00 a.m..

6  Dated:  November 30, 2011

7

8  _____
   GARLAND E. BURRELL, JR.
9  United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**4**