DANIEL J. BRODERICK, Bar# 89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
KHAMALE KEOVILAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) )            Plaintiff, ) )    v. ) ) KHAMALE KEOVILAY, et al., ) )           Defendants. ) ) _____ ) | Cr.S. 09-222-GEB  **STIPULATION AND ORDER**  DATE: September 14, 2012 TIME: 9:00 a.m. JUDGE: Hon. Garland E. Burrell |

    It is hereby stipulated and agreed to by the United States of America through TODD D. LERAS, Assistant United States Attorney, defendant, KHAMALE KEOVILAY, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, defendant, DAVID CHENG by and through his attorney, ALICE W. WONG, defendant MINGH THAM, by and through his attorney, MICHAEL B. BIGELOW, defendant DUNG NGUYEN, by and through his attorney, MICHAEL D. LONG, SANG HIN SAELEE, by and through his attorney, OLAF W. HEDBERG, defendant LONG NGUYEN, by and through his attorney, CHRISTOPHER H. WING, and defendant TUAN DAO, by and through his attorney, KEN GIFFARD, that the status conference set for Friday, August 10, 2012, be continued to a status conference on Friday, September 14, 2012, at 9:00 a.m.

    This continuance is being requested because defense counsel needs

1  additional time to prepare, to review discovery, and to interview
2  witnesses.  The parties have received a large amount of discovery,
3  including Title III documents.
4      Furthermore, the parties stipulate and agree that the interest of
5  justice served by granting this continuance outweighs the best interest
6  of the public and the defendants in a speedy trial.  (18 U.S.C.
7  §3161(h)(7)(A)).
8      Speedy trial time is to be excluded from the date of this order
9  through the date of the status conference set for September 14, 2012,
10 pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare]
11 (Local Code T4).

```
                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

DATED: August 8, 2012               /S/ Dennis S. Waks
                                    _____
                                    DENNIS S. WAKS
                                    Supervising Assistant Federal Defender
                                    Attorney for Defendant
                                    KHAMALE KEOVILAY


                                    /s/ Dennis S. Waks for
                                    _____
                                    ALICE W. WONG, Attorney for
                                    DAVID CHENG


                                    /s/ Dennis S. Waks for
                                    _____
                                    MICHAEL B. BIGELOW, Attorney for
                                    MINH THAM


                                    /s/ Dennis S. Waks for
                                    _____
                                    MICHAEL D. LONG, Attorney for
                                    DUNG NGUYEN
```

**2**

```
                                    /s/ Dennis S. Waks for
                                    _____
                                    OLAF W. HEDBERG, Attorney for
                                    SANG HIN SAELEE


                                    /s/ Dennis S. Waks for
                                    _____
                                    CHRISTOPHER H. WING, Attorney for
                                    LONG NGUYEN

                                    /s/ Dennis S. Waks for
                                    _____
                                    KEN GIFFARD, Attorney for
                                    TUAN DAO


                                    BENJAMIN B. WAGNER
                                    United States Attorney


DATED: August 8, 2012               /s/ Dennis S. Waks for
                                    _____
                                    TODD D. LERAS
                                    Assistant U.S. Attorney
```

O R D E R

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.  Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.  Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation through and including September 14, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for defense

3

1  counsel to prepare] and Local Code T4.  A new status conference date is
2  hereby set for September 14, 2012, at 9:00 a.m..
3  Dated:  August 8, 2012

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    Senior United States District Judge