DANIEL J. BRODERICK, Bar# 89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
KHAMLE KEOVILAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KHAMLE KEOVILAY, et al., ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | Cr.S. 09-222-GEB <br><br> **STIPULATION AND ORDER** <br><br> DATE: November 2, 2012 <br> TIME: 9:00 a.m. <br> JUDGE: Hon. Garland E. Burrell |

It is hereby stipulated and agreed to by the United States of America through TODD D. LERAS, Assistant United States Attorney, defendant, KHAMLE KEOVILAY, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, defendant, DAVID CHENG by and through his attorney, ALICE W. WONG, defendant MINGH THAM, by and through his attorney, MICHAEL B. BIGELOW, defendant DUNG NGUYEN, by and through his attorney, MICHAEL D. LONG, SANG HIN SAELEE, by and through his attorney, OLAF W. HEDBERG, defendant LONG NGUYEN, by and through his attorney, CHRISTOPHER H. WING, and defendant TUAN DAO, by and through his attorney, KEN GIFFARD, that the status conference set for Friday, September 14, 2012, be continued to a status conference on Friday, November 2, 2012, at 9:00 a.m.

This continuance is being requested because defense counsel needs

additional time to prepare, to review discovery, and to interview witnesses. The parties have received a large amount of discovery, including Title III documents.

Furthermore, the parties stipulate and agree that the interest of justice served by granting this continuance outweighs the best interest of the public and the defendants in a speedy trial. (18 U.S.C. §3161(h)(7)(A)).

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for November 2, 2012, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

                                              Respectfully submitted,

                                              DANIEL J. BRODERICK
                                              Federal Defender

DATED: September 12, 2012      /S/ Dennis S. Waks
                                              _____
                                              DENNIS S. WAKS
                                              Supervising Assistant Federal Defender
                                              Attorney for Defendant
                                              KHAMLE KEOVILAY

                                              /s/ Dennis S. Waks for
                                              _____
                                              ALICE W. WONG, Attorney for
                                              DAVID CHENG

                                              /s/ Dennis S. Waks for
                                              _____
                                              MICHAEL B. BIGELOW, Attorney for
                                              MINH THAM

                                              /s/ Dennis S. Waks for
                                              _____
                                              MICHAEL D. LONG, Attorney for
                                              DUNG NGUYEN

|  |  |
|---|---|
|  | /s/ Dennis S. Waks for |
|  | OLAF W. HEDBERG, Attorney for SANG HIN SAELEE |
|  | /s/ Dennis S. Waks for |
|  | CHRISTOPHER H. WING, Attorney for LONG NGUYEN |
|  | /s/ Dennis S. Waks for |
|  | KEN GIFFARD, Attorney for TUAN DAO |
|  | BENJAMIN B. WAGNER United States Attorney |
| DATED: September 12, 2012 | /s/ Dennis S. Waks for |
|  | TODD D. LERAS Assistant U.S. Attorney |

O R D E R

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.  Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.  Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation through and including November 2, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for defense

1  counsel to prepare] and Local Code T4.  A new status conference date is
2  hereby set for November 2, 2012, at 9:00 a.m..
3  Dated:  September 13, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge