Dennis S. Waks, Bar #142581
Attorney at Law
455 Capitol Mall, Suite 350
Sacramento, California  95814
Telephone (916) 498-9871

Attorney for Defendant
KHAMLE KEOVILAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>           Plaintiff,        )<br>                              )<br>     v.                       )<br>                              )<br>KHAMLE KEOVILAY, et al.,      )<br>                              )<br>           Defendants.        )<br>                              )<br>_____) | Cr.S. 09-222-GEB<br><br>**STIPULATION AND ORDER**<br><br>DATE:  May 3, 2013<br>TIME:  9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell |

It is hereby stipulated and agreed to by the United States of America through TODD D. LERAS, Assistant United States Attorney, defendant, KHAMLE KEOVILAY, by and though his counsel, DENNIS S. WAKS, defendant, DAVID CHENG by and through his attorney, ALICE W. WONG, defendant DUNG NGUYEN, by and through his attorney, MICHAEL D. LONG, SANG HIN SAELEE, by and through his attorney, OLAF W. HEDBERG, defendant LONG NGUYEN, by and through his attorney, CHRISTOPHER H. WING, and defendant TUAN DAO, by and through his attorney, KEN GIFFARD, that the status conference set for Friday, March 15, 2013, be continued to a status conference on Friday, May 3, 2013, at 9:00 a.m.

This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses.  The parties have received a large amount of discovery, including Title III documents.

Furthermore, the parties stipulate and agree that the interest of justice served by granting this continuance outweighs the best interest of the public and the defendants in a speedy trial. (18 U.S.C. §3161(h)(7)(A)).

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for May 3, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

Respectfully submitted,

DATED: March 13, 2013   /s/ Dennis S. Waks
   _____
   DENNIS S. WAKS
   Attorney for Defendant
   KHAMLE KEOVILAY

   /s/ Dennis S. Waks for
   _____
   ALICE W. WONG, Attorney for
   DAVID CHENG

   /s/ Dennis S. Waks for
   _____
   MICHAEL D. LONG, Attorney for
   DUNG NGUYEN

   /s/ Dennis S. Waks for
   _____
   OLAF W. HEDBERG, Attorney for
   SANG HIN SAELEE

   /s/ Dennis S. Waks for
   _____
   CHRISTOPHER H. WING, Attorney for
   LONG NGUYEN

| | | |
|---|---|---|
| 1 | | /s/ Dennis S. Waks for |
| 2 | | KEN GIFFARD, Attorney for TUAN DAO |
| 3 | | |
| 4 | | BENJAMIN B. WAGNER United States Attorney |
| 5 | | |
| 6 | DATED: March 13, 2013 | /s/ Dennis S. Waks for |
| 7 | | TODD D. LERAS Assistant U.S. Attorney |
| 8 | / / / | |
| 9 | / / / | |
| 10 | / / / | |
| 11 | / / / | |
| 12 | / / / | |
| 13 | / / / | |
| 14 | / / / | |
| 15 | / / / | |
| 16 | / / / | |
| 17 | / / / | |
| 18 | / / / | |
| 19 | / / / | |
| 20 | / / / | |
| 21 | / / / | |
| 22 | / / / | |
| 23 | / / / | |
| 24 | / / / | |
| 25 | / / / | |
| 26 | / / / | |
| 27 | / / / | |
| 28 | / / / | |

O R D E R

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.  Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.  Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation through and including May 3, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4.  A new status conference date is hereby set for May 3, 2013, at 9:00 a.m..

Dated:  March 15, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge