```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  TODD D. LERAS
    Assistant U.S. Attorney
 3  501 I Street, Ste 10-100
    Sacramento, CA 95814
 4  Telephone (916) 554-2918
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA      ) CR. NO. 2:09-cr-0222 TLN
                                  )
12              Plaintiff,        )
                                  ) STIPULATION AND ORDER
13         v.                     ) CONTINUING STATUS CONFERENCE
                                  )
14  KHAMLE KEOVILAY,              )
    DAVID PAKHO CHENG,            )
    MINH YAT THAM,                )
15  DUNG NGUYEN,                  )
    SANG HIN SAELEE,              )
16  LONG HOANG NGUYEN, and        )
    TUAN DAO,                     )
                                  )
17              Defendants.       )
18  _____ )
19
```

The United States of America, through Assistant United States Attorney Todd D. Leras, and Attorney Dennis Waks on behalf of Khamle Keovilay, Attorney Alice Wong on behalf of David Cheng, Attorney Michael Bigelow on behalf of Minh Tham, Attorney Michael Long on behalf of Dung Nguyen, Attorney Olaf Hedberg on behalf of Sang Saelee, Attorney Christopher Wing on behalf of Long Nguyen, and Attorney Ken Giffard on behalf of Tuan Dao, stipulate and agree to set this matter for a Status Conference on June 6, 2013, at 9:30 a.m.

1

1     On April 4, 2013, the Honorable Morrison C. England, Jr., Chief
2 Judge for the United States District Court, Eastern District of
3 California, issued an Order reassigning this case to newly-appointed
4 United States District Court Judge Troy L. Nunley.  The matter had
5 previously been assigned to United States District Judge Garland E.
6 Burrell, Jr.  This case involves an alleged drug distribution
7 conspiracy discovered during the course of court-authorized
8 wiretaps.  The discovery is voluminous.  The government has provided
9 Plea Agreements or made settlement proposals to all defendants in
10 the case.  Defense counsel need additional time to review the
11 proposals with their clients.  The additional time is therefore
12 needed for attorney preparation and continuity of counsel.  All
13 parties request that time be excluded pursuant to 18 U.S.C. §
14 3161(h)(7)(B)(iv) - Local Code T-4 (attorney preparation and
15 continuity of counsel).  The parties agree to an exclusion of time
16 for the reasons stated above for the period from May 3, 2013 up to
17 and including June 6, 2013.

18     Defense counsel have authorized Assistant U.S. Attorney Todd
19 Leras to sign this stipulation on their behalf.

                                    Respectfully submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney

DATED: May 2, 2013              By: /s/ Todd D. Leras
                                    TODD D. LERAS
                                    Assistant U.S. Attorney


DATED: May 3, 2013              By: /s/ Todd D. Leras for
                                    DENNIS WAKS
                                    Attorney for Defendant
                                    KHAMLE KEOVILAY

2

```
 1
 2  DATED: May 3, 2013           By: /s/ Todd D. Leras for
                                     ALICE WONG
 3                                   Attorney for Defendant
                                     DAVID CHENG
 4
 5  DATED: May 3, 2013           By: /s/ Todd D. Leras for
                                     MICHAEL BIGELOW
 6                                   Attorney for Defendant
                                     MINH THAM
 7
 8  DATED: May 3, 2013           By: /s/ Todd D. Leras for
                                     MICHAEL LONG
 9                                   Attorney for Defendant
                                     DUNG NGUYEN
10
11  DATED: May 6, 2013           By: /s/ Todd D. Leras for
                                     OLAF HEDBERG
12                                   Attorney for Defendant
                                     SANG SAELEE
13
14  DATED: May 3, 2013           By: /s/ Todd D. Leras for
                                     CHRISTOPHER WING
15                                   Attorney for Defendant
                                     LONG NGUYEN
16
17  DATED: May 6, 2013           By: /s/ Todd D. Leras for
                                     KEN GIFFARD
18                                   Attorney for Defendant
                                     TUAN DAO
19
20
21
22
23
24
25
26
27
28
```

**ORDER**

A status conference is set in this matter for June 6, 2013, at 9:30 a.m.  Based on the representations of the parties, the Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.  Time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(4) and Local Code T-4 up to and including the period from May 3, 2013 to June 6, 2013.

DATED: May 7, 2013

Troy L. Nunley
United States District Judge