```
 1  Dennis S. Waks, Bar #142581
    Attorney at Law
 2  455 Capitol Mall, Suite 350
    Sacramento, California  95814
 3  Telephone (916) 498-9871

 4  Attorney for Defendant
    KHAMLE KEOVILAY
 5
                    IN THE UNITED STATES DISTRICT COURT
 6
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
 7

 8  UNITED STATES OF AMERICA,    )
                                 )   CR. S-09-222-TLN
 9              Plaintiff,       )
                                 )   STIPULATION AND ORDER
10         v.                    )
                                 )
11  KHAMLE KEOVILAY, et al.,     )   DATE: June 20, 2013
                                 )   TIME: 9:30 a.m.
12              Defendants.      )   JUDGE: Hon. Troy L. Nunley
                                 )
13  _____    )

14
```

15    It is hereby stipulated and agreed to by the United States of
16 America through TODD D. LERAS, Assistant United States Attorney,
17 defendant, KHAMLE KEOVILAY, by and though his counsel, DENNIS S. WAKS,
18 defendant, DAVID CHENG by and through his attorney, ALICE W. WONG,
19 defendant DUNG NGUYEN, by and through his attorney, MICHAEL D. LONG,
20 SANG HIN SAELEE, by and through his attorney, OLAF W. HEDBERG,
21 defendant MINH THAM, by and through his attorney, MICHAEL BIGELOW,
22 defendant LONG NGUYEN, by and through his attorney, CHRISTOPHER H.
23 WING, and defendant TUAN DAO, by and through his attorney, KEN GIFFARD,
24 that the status conference set for Thursday, June 6, 2013, be continued
25 to a status conference/change of plea on Thursday, June 20, 2013, at
26 9:30 a.m.
27    This continuance is being requested because defense counsel needs
28 additional time to prepare, to review discovery, and to interview

witnesses.  The parties have received a large amount of discovery, including Title III documents.

Furthermore, the parties stipulate and agree that the interest of justice served by granting this continuance outweighs the best interest of the public and the defendants in a speedy trial.  (18 U.S.C. §3161(h)(7)(A)).

Speedy trial time is to be excluded from the date of this order through the date of the status conference/change of plea set for June 20, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

Respectfully submitted,

DATED: June 4, 2013                /s/ Dennis S. Waks
                                   _____
                                   DENNIS S. WAKS
                                   Attorney for Defendant
                                   KHAMLE KEOVILAY


                                   /s/ Dennis S. Waks for
                                   _____
                                   ALICE W. WONG, Attorney for
                                   DAVID CHENG

                                   /s/ Dennis S. Waks for
                                   _____
                                   MICHAEL BIGELOW
                                   Attorney for Defendant
                                   MINH THAM


                                   /s/ Dennis S. Waks for
                                   _____
                                   MICHAEL D. LONG, Attorney for
                                   DUNG NGUYEN


                                   /s/ Dennis S. Waks for
                                   _____
                                   OLAF W. HEDBERG, Attorney for
                                   SANG HIN SAELEE

```
 1                                      /s/ Dennis S. Waks for
                                        _____
 2                                      CHRISTOPHER H. WING, Attorney for
                                        LONG NGUYEN
 3

 4                                      /s/ Dennis S. Waks for
                                        _____
 5                                      KEN GIFFARD, Attorney for
                                        TUAN DAO
 6

 7                                      BENJAMIN B. WAGNER
                                        United States Attorney
 8

 9   DATED: June 4, 2013                /s/ Dennis S. Waks for
                                        _____
10                                      TODD D. LERAS
                                        Assistant U.S. Attorney
11   / / /

12   / / /

13   / / /

14   / / /

15   / / /

16   / / /

17   / / /

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /
```

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.  Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.  Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation through and including June 20, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4.  A new status conference date is hereby set for June 20, 2013, at 9:30 a.m..

DATED: June 4, 2013

Troy L. Nunley
United States District Judge