BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Ste 10-100
Sacramento, CA 95814
Telephone (916) 554-2918

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 2:09-cr-0222 TLN |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| | ) CONTINUING STATUS CONFERENCE |
| KHAMLE KEOVILAY, DAVID PAKHO CHENG, MINH YAT THAM, DUNG NGUYEN, SANG HIN SAELEE, LONG HOANG NGUYEN, and TUAN DAO, | ) |
| Defendants. | ) |

The United States of America, through Assistant United States Attorney Todd D. Leras, and Attorney Dennis Waks on behalf of Khamle Keovilay, Attorney Alice Wong on behalf of David Cheng, Attorney Michael Bigelow on behalf of Minh Tham, Attorney Michael Long on behalf of Dung Nguyen, Attorney Olaf Hedberg on behalf of Sang Saelee, Attorney Christopher Wing on behalf of Long Nguyen, and Attorney Ken Giffard on behalf of Tuan Dao, stipulate and agree to set this matter for a Status Conference on August 15, 2013, at 9:30 a.m.

1

1    The government has previously provided Plea Agreements or made
2 settlement proposals to all defendants in the case.  All of the
3 proposed Plea Agreements or settlement proposals include estimations
4 of the potential sentencing guidelines applicable to each
5 defendants' alleged relevant conduct in the charged conspiracy.
6 Based on the volume of intercepted telephone calls in the discovery
7 and the fact that some of the conversations include coded language,
8 defense counsel continue to review and investigate the government's
9 assertions about the volume of controlled substances attributable to
10 their respective clients.  In some cases, defense counsel is sharing
11 information obtained as the result of defense investigation with the
12 government to request possible amendments or modifications to the
13 settlement proposals.
14    Defense counsels' continued review of the proposals with their
15 clients and discussion of modifications with the government support
16 the request for continuance of the status conference.  The
17 additional time is therefore needed for attorney preparation and
18 continuity of counsel.  All parties request that time be excluded
19 pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) - Local Code T-4 (attorney
20 preparation and continuity of counsel).  The parties agree to an
21 exclusion of time for the reasons stated above for the period from
22 July 11, 2013 up to and including August 15, 2013.
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

2

1  Defense counsel have authorized Assistant U.S. Attorney Todd
2  Leras to sign this stipulation on their behalf.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: July 9, 2013            By: /s/ Todd D. Leras
                                   TODD D. LERAS
                                   Assistant U.S. Attorney


DATED: July 9, 2013            By: /s/ Todd D. Leras for
                                   DENNIS WAKS
                                   Attorney for Defendant
                                   KHAMLE KEOVILAY

DATED: July 9, 2013            By: /s/ Todd D. Leras for
                                   ALICE WONG
                                   Attorney for Defendant
                                   DAVID CHENG

DATED: July 9, 2013            By: /s/ Todd D. Leras for
                                   MICHAEL BIGELOW
                                   Attorney for Defendant
                                   MINH THAM

DATED: July 9, 2013            By: /s/ Todd D. Leras for
                                   MICHAEL LONG
                                   Attorney for Defendant
                                   DUNG NGUYEN

DATED: July 9, 2013            By: /s/ Todd D. Leras for
                                   OLAF HEDBERG
                                   Attorney for Defendant
                                   SANG SAELEE

DATED: July 9, 2013            By: /s/ Todd D. Leras for
                                   CHRISTOPHER WING
                                   Attorney for Defendant
                                   LONG NGUYEN

DATED: July 9, 2013            By: /s/ Todd D. Leras for
                                   KEN GIFFARD
                                   Attorney for Defendant
                                   TUAN DAO

**ORDER**

A status conference is set in this matter for August 15, 2013, at 9:30 a.m. Based on the representations of the parties, the Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial. Time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(4) and Local Code T-4 up to and including the period from July 11, 2013 to August 15, 2013.

DATED:   July 10, 2013

_____
Troy L. Nunley
United States District Judge