


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:09-cr-00222-TLN |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| KHAMLE KEOVILAY, | |
| Defendant. | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  KHAMLE KEOVILAY , Case No. 2:09-cr-00222-TLN  from custody for the following reasons:

    \_\_\_\_\_  Release on Personal Recognizance

      X    Bail Posted in the Sum of $ _____

          X    Unsecured Appearance Bond $  100,000.00

         \_\_\_\_\_  Appearance Bond with 10% Deposit

         \_\_\_\_\_  Appearance Bond with Surety

         \_\_\_\_\_  Corporate Surety Bail Bond

          X    (Other): **Bond to be cosigned by Sandra Lim and Khamphona Keovilay within 1 week. Defendant to be released to the custody of Pretrial Services on 2/7/2014 at 9:00 AM.**

Issued at Sacramento, California on February 6, 2014.

By: _____

Magistrate Judge Kendall J. Newman